No. 592, Misc.   IN RE ERNST.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se.*   *Norman Heine* for respondent.

No. 171.  CITY OF MIAMI BEACH ET AL. *v.* DADE COUNTY, *ante,* p. 826;

No. 98, Misc.   SMITH *v.* UNITED STATES, *ante,* p. 846;

No. 239, Misc.   GEORGES *v.* UNITED STATES, *ante,* p. 857;

No. 246, Misc.   REYNOLDS *v.* UNITED STATES, *ante,* p. 883;

No. 286, Misc.   MOKUS *v.* UNITED STATES, *ante,* p. 860;

No. 296, Misc.   MASSENGALE *v.* CINCINNATI BAR ASSN., *ante,* p. 861;

No. 320, Misc.   GREEN *v.* ELLIS, CORRECTIONS DIRECTOR, *ante,* p. 863; and

No. 425, Misc.   ROBINSON *v.* NEW YORK CENTRAL RAILROAD Co., *ante,* p. 866.   Petitions for rehearing denied.

NOVEMBER 20, 1961.

No. 8, Original.   ARIZONA *v.* CALIFORNIA ET AL.   The motion of the Navajo Tribe of Indians of the Navajo Reservation of Arizona, New Mexico and Utah for leave to intervene is denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this motion.   [For preceding order herein, see *ante,* p. 893.]

No. 740, Misc.   IN RE DISBARMENT OF BIRRELL.   It is ordered that Lowell M. Birrell of New York, New York, be suspended from the practice of the law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.